■ SHARON A. BRENT et al., as Administrators of the Estate of DAVID FRANCIS SCHWAB, Deceased, Respondents, v DOUGLAS H. EISELE et al., Appellants. [842 NYS2d 352]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.

■ GEORGE TOPCZIJ et al., Respondents, v MARCIA E. CLARK et al., Appellants. [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Gorski, Martoche, Smith and Green, JJ.

■ In the Matter of TABETHA K. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMIE K., Appellant. [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ DEBORAH L. WILSON et al., Respondents, v WALGREEN DRUG STORE et al., Appellants. (Action No. 1.) DEBORAH L. WILSON et al., Plaintiffs, v LAUER-MANGUSO & ASSOCIATES et al., Defendants. (Action No. 2.) WALGREEN EASTERN CO., INC., Third-Party Plaintiff-Appellant-Respondent, v SOUTHSIDE SNOW-PLOWING, Third-Party Defendant-Respondent-Appellant. [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ In the Matter of WAL-MART STORES, INC., et al., Respondents, v STATE OF NEW YORK, EXECUTIVE DEPARTMENT, DIVISION OF HUMAN RIGHTS, Appellant. [842 NYS2d 352]—Motion for leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ In the Matter of THOMAS J. WILLIAMS et al., as Executors of AUGUSTINE WILLIAMS, Deceased, Appellants, v MICHAEL WEINER, as Commissioner of Erie County Department of Social Services, et al., Respondents. [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Smith, Centra, Lunn and Fahey, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. GRIFFIN, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.

■ In the Matter of SHAWN GREEN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Cor-